UNITED STATES OF AMERICA

IN THE WESTERN DISTRICT OF MICHIGAN

Julie Peffer, Jesse Peffer,                               Docket No. 1:17-cv-00578
      Plaintiffs

                                              Hon. Gordon J. Quist
v.                                                         District Court Judge

Tyler Thompson, Dan King, and
Rich Kopach
      Defendants.
_____/

| | |
|---|---|
| J. Nicholas Bostic P40653 | Allan C. Vander Laan (P33893) |
| Attorney for Plaintiffs | Curt A. Benson (P38891) |
| 909 N. Washington Ave. | Cummings, McClorey, Davis & Acho |
| Lansing, MI 48906 | Attorneys for Defendants Thompson & Kopach |
| 517-706-0132 | 2851 Charlevoix Dr., S.E. - Suite 327 |
| barristerbosticlaw@gmail.com | Grand Rapids MI 49546 |
| | 616-975-7470 |
| Joseph T. Froehlich (P71887) | avanderlaan@cmda-law.com |
| Michigan Dept of Attorney General | |
| Attorney for Dan King | |
| 525 W Ottawa St Fl 5 | |
| PO Box 30736 | |
| Lansing, MI 48909-8236 | |
| Main: (517) 373-6434 | |
| froehlichj@michigan.gov | |

_____/

**CERTIFICATE OF COMPLIANCE WITH W.D. Mich. LCivR 7.1(d)**

Attachment 1 – e-mails seeking concurrence

**barristerbosticlaw@gmail.com**

| | |
|---|---|
| **From:** | Allan C. Vander Laan <avanderlaan@cmda-law.com> |
| **Sent:** | Monday, November 27, 2017 3:08 PM |
| **To:** | barristerbosticlaw@gmail.com; froehlichj@michigan.gov; Curt Benson |
| **Cc:** | Karla J. Marsman |
| **Subject:** | RE: Peffer v. King et al, West. Dist. #1:17-cv-578 |

I am sorry Nick
On this one I cannot concur

*Allan C. Vander Laan*
Cummings, McClorey, Davis & Acho, PLC
2851 Charlevoix Dr SE, Ste 327
Grand Rapids, Michigan 49546
(616) 975-7470 ext 3201
(616) 975-7471 (fax)

**From:** barristerbosticlaw@gmail.com [mailto:barristerbosticlaw@gmail.com]
**Sent:** Monday, November 27, 2017 8:06 AM
**To:** froehlichj@michigan.gov; Allan C. Vander Laan <avanderlaan@cmda-law.com>; Curt Benson <cbenson@cmda-law.com>
**Subject:** Peffer v. King et al, West. Dist. #1:17-cv-578

PLEASE NOTE NEW E-MAIL ADDRESS: barristerbosticlaw@gmail.com

Counsel,

Pursuant to local rule, I am seeking your concurrence in the attached Motion for Leave to File First Amended Complaint. Please let me know your client's position at your earliest convenience.

J. Nicholas Bostic
Attorney at Law
909 N. Washington Ave.
Lansing, MI 48906
517-706-0132
Fax: 517-484-2330
PLEASE NOTE NEW E-MAIL: barristerbosticlaw@gmail.com

1

**barristerbosticlaw@gmail.com**

| | |
|---|---|
| **From:** | Froehlich, Joseph (AG) <FroehlichJ@michigan.gov> |
| **Sent:** | Monday, November 27, 2017 9:03 AM |
| **To:** | barristerbosticlaw@gmail.com; avanderlaan@cmda-law.com; cbenson@cmda-law.com |
| **Subject:** | RE: Peffer v. King et al, West. Dist. #1:17-cv-578 |

Defendant King does not concur.

Thanks

Joseph T. Froehlich
Assistant Attorney General
Michigan Department of Attorney General
Civil Litigation, Employment and Elections Division
525 West Ottawa Street, Fifth Floor
P.O. Box 30736
Lansing, MI  48909
(517) 373-6434
froehlichj@michigan.gov



PRIVILEGED AND CONFIDENTIAL - ATTORNEY CLIENT COMMUNICATION: The above communication may be protected by the attorney-client privilege and should be read by the intended recipient(s) only.  Further distribution of this message beyond the intended recipient(s) may waive this privilege. If you feel that you have received this message in error, please contact the sender immediately.

**From:** barristerbosticlaw@gmail.com [mailto:barristerbosticlaw@gmail.com]
**Sent:** Monday, November 27, 2017 8:06 AM
**To:** Froehlich, Joseph (AG) <FroehlichJ@michigan.gov>; avanderlaan@cmda-law.com; cbenson@cmda-law.com
**Subject:** Peffer v. King et al, West. Dist. #1:17-cv-578

PLEASE NOTE NEW E-MAIL ADDRESS:  barristerbosticlaw@gmail.com

Counsel,

Pursuant to local rule, I am seeking your concurrence in the attached Motion for Leave to File First Amended Complaint. Please let me know your client's position at your earliest convenience.

1