UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

---

JERMAINE HARDY #267170,

      Plaintiff,

v.

ERNEST CHRISTIAN GAUDERER,
MICHELLE M. BRATEL, and
HEATHER L. WOODIN,

      Defendants.
_____/

HON. GORDON J. QUIST

Case No. 1:16-CV-1130

JERMAINE HARDY #267170,

      Plaintiff,

v.

D. BESTEMEN, et al.,

      Defendants.
_____/

HON. GORDON J. QUIST

Case No. 2:17-CV-80

**ORDER OF DISMISSAL**
**and**
**WAIVER OF COURT FEES**

The parties having settled the disputes between them, and the Court having agreed, in the interest of judicial economy, to waive certain fees,

**IT IS HEREBY ORDERED** as follows:

The Court hereby waives court fees owed by Plaintiff, Jermaine Hardy, in the following amounts:

- Case No. 1:16cv1130      $210.28
- Case No. 2:17cv80 (closed)      $301.21

The Defendants, Michelle Bratel and Heather Woodin, hereby agree to pay the Plaintiff, Jermaine Hardy, $1,000 within **thirty (30)** days of this Order. The $1,000 will be deposited in Hardy's prison account.

The Complaint against Defendants Gauderer, Bratel, and Woodin, Case No. 1:16cv1130, is hereby **dismissed with prejudice**.

The Plaintiff releases Defendants Gauderer, Bratel, and Woodin from all claims set forth in Case No. 1:16cv1130, and any other claim he has or might have had against all or either of them as of October 23, 2018.

Mr. Hardy may move to set aside this Order and Waiver within **thirty-five (35)** days of its entry if Defendants fail to make the payment of $1,000.

Dated:  October 23, 2018                                          /s/ Gordon J. Quist
                                                                                                        GORDON J. QUIST
                                                                          UNITED STATES DISTRICT JUDGE